ALICE BARKER, Appellant, v. 131 RIVERSIDE DRIVE CORPORATION. Respondent.

Argued December 4, 1945; decided January 18, 1946.

*Ralph Stout* and *Paul F. Diggins* for appellant.
*Olin S. Nye, Earl J. Nettleton* and *Reginald V. Spell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.